

# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE
JACK R. LEBOWITZ
SIDNEY L. MANES

VALERIE L.F. ALBERTO
CECELIA R.S. CANNON
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
EMILEE K. LAWSON HATCH ***
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
DAVID C. TEMES

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

January 29, 2010

U. S. Bankruptcy Court Clerk
Northern District of New York
230 Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

Re:   Michael A. Daugard
      Case No. 09-30157

Dear Clerk:

Received 2/1/10

Enclosed please find a check in the amount of $2.98 representing a small disbursement in the above referenced case. I have also enclosed, for your convenience a Small Check Disbursement Report showing the creditor's name and address.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy
Paralegal

CAM/
Enclosure
CAM1357551.1

**RECEIVED**

FEB - 1 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Printed: 01/29/10 03:07 PM

Page: 1

## Claims Distribution Small Checks

**Trustee: MICHAEL J. BALANOFF (520830)**

**Case:** 09-30157 - DAUGARD, MICHAEL A.

| Account No. | Check No. | Issued Claim No. | Filed | Payee / Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 31224784766 | 108 | 01/26/10 2 | 06/19/09 | Payee: U.S. BANKRUPTCY COURT CLERK<br>610 | St. Joseph EKG Associates, LLP<br>PO Box 2337<br>Syracuse, NY 13220-2337 | 40.00 | 40.00 | 2.98 | $2.98 |

Check Amount: 2.98

(*) Denotes objection to Amount Filed